UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Adan MADRIZ-Soto,**<br><br>Defendant | Magistrate Docket No.<br>**'08 MJ 0731**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 6, 2008** within the Southern District of California, defendant, **Adan MADRIZ-Soto**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326..

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **MARCH, 2008**

UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Adan MADRIZ-Soto

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 6, 2008, at approximately 2:15 P.M., Border Patrol Agent A. Rangel was assigned to Border Patrol fence crew duty near an area known as the Dairy Mart Bridge. The Dairy Mart Bridge is approximately two miles west of the San Ysidro, California, Port of Entry and is approximately five-hundred yards north of the United States/Mexico International Boundary Fence. The Dairy Mart Bridge is an area notoriously used by undocumented individuals attempting to further their illegal entry into the United States.

East High Point National Guard advised Agent Rangel via agency radio that he observed three individuals run across the United States/Mexico International Boundary Fence and ran north to the Dairy Mart Bridge from Mexico. Agent Rangel responded to the reported location and searched the area. After searching the area for a few minutes, Agent Rangel observed three individuals, one of whom was later identified as defendant Adan MADRIZ-Soto laying in brush as if they were attempting to hide. Agent Rangel identified himself as a United States Border Patrol Agent and questioned each of the three individuals as to their country of citizenship and nationality. Each of the three individuals freely admitted to being citizens and nationals of Mexico and that they possessed no immigration documentation permitting them to enter or remain in the United States legally. Agent Rangel arrested the three individuals and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 29, 1997 through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on March 8, 2008 at 10:00 a.m.

*Irene S. Aguirre*
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 06, 2008**, in violation of Title 8, United States Code, Section 1326.

3/8/08 - 12:58 PM
Date/Time

Leo S. Papas
United States Magistrate Judge