FILED
APR 10 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1097-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| ADAN MADRIZ-SOTO, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about 3/5/08, within the Southern District of California, defendant ADAN MADRIZ-SOTO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:San Diego
3/21/08

## Count 2

On or about March 6, 2008, within the Southern District of California, defendant ADAN MADRIZ-SOTO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 4/10/08

KAREN P. HEWITT
United States Attorney

for / JEFFREY D. MOORE
Assistant U.S. Attorney